UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| HARDIK RAJESHBHAI PATEL,<br><br>Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS, et al.,<br><br>Respondents. | No. 1:26-CV-319-H |

**ORDER**

Before the Court is Hardik Rajeshbhai Patel's petition for a writ of habeas corpus. Dkt. No. 1. The parties advise the Court that Patel has been removed from the United States. Dkt. No. 12. Because Patel is no longer in custody, the Court concludes that his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on November 6, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE